AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Oct 16, 2024**

SEAN F. McAVOY, CLERK

DARNELL MCGARY, and KRISTIN ELIZABETH MCGARY, Deceased )
*Plaintiff* )
v. )
JAY INSLEE, Governor, State of Washington, SUSAN DRYFUS, Department of Social and Health Service, BOB FERGUSON, Attorney General, JAMES NAGLE, Walla Walla County Prosecutor, JUDSON GRAY, Personal Representative, Estate of McGary, )
*Defendant* )

Civil Action No.  2:24-CV-0135-TOR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Defendant James Nagle's Motion to Dismiss (ECF No. 13) is GRANTED. Defendants Jay Inslee, Bob Ferguson, and Susan Dryfus's Motion to Dismiss (ECF No. 15) is GRANTED.
This case is DISMISSED with prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  THOMAS O. RICE  on motions for Dismissal.

Date: 10/16/2024

*CLERK OF COURT*

SEAN F. McAVOY

s/ Wendy Kirkham
*(By) Deputy Clerk*

Wendy Kirkham