FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 25, 2024

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DARNELL MCGARY, and KRISTIN ELIZABETH MCGARY, Deceased,<br><br>                Plaintiffs,<br><br>v.<br><br>JAY INSLEE, Governor, State of Washington, SUSAN DRYFUS, Department of Social and Health Service, BOB FERGUSON, Attorney General, JAMES NAGLE, Walla Walla County Prosecutor, JUDSON GRAY, Personal Representative, Estate of McGary,<br><br>                Defendants. | NO. 2:24-CV-0135-TOR<br><br>ORDER DENYING MOTION UNDER 60 EXCUSABLE NEGLECT/FRAUD |

//

//

//

//

ORDER DENYING MOTION UNDER 60 EXCUSABLE NEGLECT/FRAUD ~ 1

BEFORE THE COURT is Plaintiff's Motion Under 60 Excusable Neglect/Fraud. ECF No. 25. The Court has reviewed the record and files herein and is fully informed.

A motion for reconsideration of a judgment may be reviewed under either Federal Rule of Civil Procedure 59(e) (motion to alter or amend a judgment) or Rule 60(b) (relief from judgment). *Sch. Dist. No. 1J v. ACandS, Inc.*, 5 F.3d 1255, 1262 (9th Cir. 1993). "Reconsideration is appropriate if the district court (1) is presented with newly discovered evidence, (2) committed clear error or the initial decision was manifestly unjust, or (3) if there is an intervening change in controlling law." *Id*. at 1263; *United Nat. Ins. Co. v. Spectrum Worldwide, Inc.*, 555 F.3d 772, 780 (9th Cir. 2009) (citation omitted). Whether to grant a motion for reconsideration is within the sound discretion of the court. *Navajo Nation v. Confederated Tribes and Bands of the Yakima Nation*, 331 F.3d 1041, 1046 (9th Cir. 2003).

Given the Court's lengthy explanation at ECF No. 22, and Plaintiff's failure to raise any legitimate issues, the Court **DENIES** Plaintiff's motion.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. Plaintiff's Motion Under 60 Excusable Neglect/Fraud, ECF No. 25, is **DENIED**.

2. The file remains **CLOSED**.

The District Court Executive is directed to enter this Order and furnish copies to counsel and Plaintiff at:

Darnell McGary
P.O. Box 35163
Alburquerque, NM 87110

DATED November 25, 2024.

*Thomas O. Rice*
THOMAS O. RICE
United States District Judge