FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 27, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DARNELL MCGARY, and KRISTIN ELIZABETH MCGARY, Deceased,<br><br>　　　　　　　　Plaintiffs,<br><br>　v.<br><br>JAY INSLEE, Governor, State of Washington, SUSAN DRYFUS, Department of Social and Health Service, BOB FERGUSON, Attorney General, JAMES NAGLE, Walla Walla County Prosecutor, JUDSON GRAY, Personal Representative, Estate of McGary,<br><br>　　　　　　　　Defendants. | NO. 2:24-CV-0135-TOR<br><br>ORDER DENYING PRELIMINARY INJUNCTION |

//

//

//

ORDER DENYING PRELIMINARY INJUNCTION ~ 1

BEFORE THE COURT is Plaintiff's construed motion for Preliminary Injunction. ECF No. 31. The Court has reviewed the record and files herein and is fully informed.

This case has been CLOSED since October 16, 2024. The construed motion is DENIED. Given the Court's lengthy explanation at ECF No. 22, and Plaintiff's failure to raise any legitimate issues, the Court **DENIES** Plaintiff's motion.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. Plaintiff's construed motion for Preliminary Injunction, ECF No. 31, is **DENIED**.

2. The file remains **CLOSED**.

The District Court Executive is directed to enter this Order and furnish copies to counsel and Plaintiff at:

Darnell McGary
P.O. Box 35163
Alburquerque, NM 87110

DATED November 27, 2024.



THOMAS O. RICE
United States District Judge

ORDER DENYING PRELIMINARY INJUNCTION ~ 2